Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00840-CV

**IN RE** Betty Ann **VACKAR**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Phylis J. Speedlin, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  January 18, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On November 22, 2011, relator filed a petition for writ of mandamus.  The court has considered relator's petition for writ of mandamus and real party in interest's response and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007-PC-3440, *In the Estate of Dennis M. Vackar, Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.